IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOHNSE DESMON GILL                                                                                       PLAINTIFF

v.                                                  Civil No. 6:20-cv-06047

CATERPILLAR, INC., *et. al.*                                                                         DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed November 13, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 11). Judge Bryant recommends that the Court dismiss Plaintiff's Complaint. (ECF No. 8).

Plaintiff has not filed objections to the Report and Recommendation and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised and finding no clear error on the face of the record, the Court adopts the Report and Recommendation (ECF No. 11) *in toto*. Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 4th day of December, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge